**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Warren Gordon,

Plaintiff,

v.

Trafalgar Tours, Inc.,

Defendant.

Court File No. 02-383 (JMR/RLE)

**STIPULATION AND ORDER**

---

The above captioned parties, by and through their undersigned counsel, hereby stipulate and agree that Trafalgar Tours, Inc. may have an extension of time to Answer the Complaint or otherwise plead until July 15, 2002.

DATE: June 20, 2002

KELLY & BERENS, P.A.

Jennifer L. Frisch, #257928
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

SMITH & DOWNEY
Doug Desmarais
Richard Hackman
One W. Pennsylvania Avenue
Suite 950
Baltimore, MD 21204
(410) 321-9000

***ATTORNEY FOR DEFENDANT TRAFALGAR TOURS, INC.***

Date: June 20, 2002.

MINNESOTA DISABILITY LAW CENTER

Roderick J. Macpherson III, #66163
430 First Avenue North
Suite 300
Minneapolis, MN 55401

***ATTORNEY FOR PLAINTIFF WARREN GORDON***

**ORDER**

IT IS SO ORDERED.

Dated: 6/26, 2002.

Raymond L. Erickson
United States Magistrate Judge