UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Warren Gordon,

Plaintiff,

vs. ORDER OF DISMISSAL

Trafalgar Tours, Inc.,

Defendant. Civ. No. 02-383 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Chief Judge James M. Rosenbaum
United States District Court

DATED: September 29, 2002
At Minneapolis, Minnesota

FILED
RICHARD D. SLETTEN, CLERK
SEP 2 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**KELLY & BERENS, P.A.**
ATTORNEYS AT LAW
3720 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402

JENNIFER L. FRISCH
jfrisch@kellyandberens.com

TELEPHONE
(612) 349-6171

FAX
(612) 349-6416

September 20, 2002

**BY FAX**

Honorable Raymond L. Erickson
Magistrate Judge of
United States District Court
Room 412, Federal Building
515 West First Street
Duluth, Minnesota 55802-1397

Re: Warren Gordon v. Trafalgar Tours, Inc.
Court File No. 02-382 (JMR/RLE)

Dear Judge Erickson:

This letter follows the parties' conference with your office today. Please be advised that the parties in the above-referenced matter have reached a settlement, obviating the need for the Pretrial Conference scheduled for Wednesday, September 25, 2002. We anticipate that we will file the appropriate dismissal documents within the next two weeks.

Thank you.

Very truly yours,

Jennifer L. Frisch

cc: Rick Macpherson, Esq.
Doug Desmarais, Esq.
Rick Hackman, Esq.